JOHN A. FERRANDO, respondent,

*v.*

ROSE CASELLA et al., appellants.

[Decided April 12th, 1934.]

*Messrs. Ziegener & Brenner,* for the appellants.

*Messrs. Mackay & Mackay,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *113 N. J. Eq. 119.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, DILL, JJ. 14.

*For reversal*—None.